UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                        Case No. 15-20656

                        Hon. John Corbett O'Meara

LAMAROL TRAVRON ABRAM,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

    Defendant Lamarol Travron Abram filed a notice of appeal and an application to proceed *in forma pauperis* on appeal on April 13, 2016. Having reviewed Defendant's application, the court grants permission to proceed *in forma pauperis* on appeal.

    IT IS HEREBY ORDERED that Defendant's application to proceed *in forma pauperis* on appeal is GRANTED.

                        s/John Corbett O'Meara
                        United States District Judge

Date: April 15, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 15, 2016, using the ECF system and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager